USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/15/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TYRONE FELDER,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

20-CV-7531 (VEC)

14-CR-0546-01 (VEC)

ORDER TO ANSWER, 28 U.S.C. § 2255

VALERIE CAPRONI, United States District Judge:

    The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily denied as being without merit, hereby ORDERS that:

    The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

    Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.

    All further papers filed or submitted for filing must include both the criminal and civil docket numbers, but they must be docketed in the civil case only.

SO ORDERED.

Dated:   September 15, 2020
            New York, New York

                                                  _____
                                                     VALERIE CAPRONI
                                                  United States District Judge