RECEIVED
SDNY PRO SE OFFICE
2022 MAR -1 AM 10: 19

United States District Court
Southern District of New York

Tyron Felder,                    20-CV-7531
        Petitioner,
                                 S2 14-CR-546
        against

United States of America,
        Respondent

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/22

Petitioner's motion to correct, Alter, Amend the court's findings and the Judgement entered February 4, 2022 Pursuant to Fed. R. Civ. P 52(b), 59(e) and ▓▓▓, Petitioner Tyron Felder, respectfully request this court to reconsider its prior findings and correct, Alter, Amend its decision

2

entered on February 4, 2022 Petitioner submits the following in support thereof.

① On February 4, 2022 this court denied Petitioner's first motion for reconsideration.

② In denying his first motion for reconsideration the court overlooked statutory and constitutional requirements and instead, relied on the Procedural default rule, which is neither a statutory nor a constitutional requirement to enforce a sentence that is in excess of the lawful maximum authorized by law, that this court, by law, can no longer authorize.

3

⑧ Accordingly and respectfully Petitioner is not a career offender and this court incorrectly states otherwise.

Petitioner trial counsel is ineffective and this court overlooked Petitioner prior ▮ arguement.

Petitioner Newyork Robbery could only be used for career offender purposes only if it was commited after 2015 (see united states vs Stokeling) that effectively changed the 2nd circuit holding.

Petitioner cannot be a career offender based on a Newyork youthful offender.

4

Wherefore, based on the foregoing reasons that will be fully explained in his accompanying brief in support, this court must grant this motion and immediately resentence or grant a new trial for Petitioner. If questions loom, an evidentiary hearing should be ordered and counsel appointed

Respectfully Submitted,

Dated 2/21/22

Felder, T
Tyron Felder
71971-054
USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Petitioner, Pro. se

Because Petitioner reiterates the same arguments made in his motion for reconsideration, Petitioner has not met the high standard of demonstrating clear error or manifest injustice in the Court's Opinion on that motion. *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013). His motion for reconsideration of the Court's Opinion on his prior motion for reconsideration is therefore denied. The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner.

SO ORDERED.

3/2/22

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE



```
RECEIVED
SDNY PRO SE OFFICE
2022 MAR -1  AM 10: 15
```

INMATE NAME/NUMBER: Nicos Sanders 21314-054
FEDERAL CORRECTIONAL COMPLEX-ALLENWOOD USP
P.O. BOX 3000
WHITE DEER, PA 17887

United States District Court
Southern district of New York
40 Foley Square
New York, New York 10007

10007-150725

Mailed From US Penitentiary